**Order entered August 25, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00897-CV

### RIYAAZ TAYOB, Appellant

### V.

### QUARTERSPOT, INC., Appellee

**On Appeal from the County Court at Law No. 4
Collin County, Texas
Trial Court Cause No. 004-00667-2015**

## ORDER

Before the Court is Collin County Clerk Stacey Kemp's August 20, 2015 request for extension of time to file the clerk's record. Ms. Kemp explains the clerk's record has not been filed because appellant has failed to pay the $48 clerk's fee. We **GRANT** the request and **ORDER** appellant to pay the fee no later than September 3, 2015. We further **ORDER** Ms. Kemp to file, no later than September 14, 2015, either the clerk's record or written verification that appellant has not paid the fee. Because nothing reflects appellant is allowed to proceed without advance payment of costs, appellant is cautioned that failure to timely pay the fee will result in dismissal of this appeal without further notice. *See* TEX. R. APP. P. 37.3(b), 42.3(b),(c).

          /s/     CRAIG STODDART
                   JUSTICE